FLOWERS *v.* WALL'S ODORLESS CLEANERS INCORPORATED.

PER CURIAM. 1. Under the pleadings and the evidence the judge did not abuse his discretion in granting an interlocutory injunction until the case can be finally heard on its merits. *Whitley Grocery Co.* v. *McCaw Mfg. Co.,* 105 *Ga.* 839 (32 S. E. 113).

2. Where, on the hearing of an application for injunction, the court fails "to pass upon" a special plea in abatement, but defers that question until the final hearing, this court will not rule on an assignment of error based upon the failure to render such a judgment. The question will be left open, without prejudice, until further order thereon in the trial court.

*Judgment affirmed. All the Justices concur, except Hill, J., absent because of illness.*

No. 9762. JANUARY 11, 1934.

*Thomas J. Lewis* and *W. O. Slate,* for plaintiff in error.
*Hendrix & Buchanan* and *Clifford Hendrix,* contra.